UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER ) | |
| ) | |
| OF THE APPOINTMENT ) | ORDER OF APPOINTMENT |
| ) | |
| OF KELLY O. HAYES ) | |
| ) | |
| AS UNITED STATES ATTORNEY ) | |

Pursuant to Title 28, United States Code, Section 546(d), Kelly O. Hayes is appointed as the United States Attorney for the District of Maryland, effective June 28, 2025.

**DONE AND ORDERED** at Baltimore, Maryland, this 18th day of June 2025.

For the Court:

_____
The Honorable George L. Russell III
United States District Court Chief Judge
District of Maryland